UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS MARTINEZ, DOUGLAS NGUYEN, JAMES HALLENBECK, JILL WILDBERGER, and DISABILITY RIGHTS NEW YORK,

                Plaintiffs,

-against-

ANDREW CUOMO, in his official capacity as Governor of New York State,

                Defendant.

CIVIL CASE NO. 1:20-CV-03338

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINIGN ORDER**

Upon the declarations of Dennis Martinez, Douglas Nguyen, James Hallenbeck, and Jill Wildberger, and the affirmation of Marc Fliedner, Esq. on behalf of Disability Rights New York, sworn to the 28 day of April, 2020, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named Defendant show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ _____, _____, at _____ o'clock in the ____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from <u>denying Plaintiffs' access to a live televised in-frame ASL interpretation at any and all briefings designed to reach residents of New York</u>; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendant is temporarily retained and enjoined from <u>denying Plaintiffs' access to a live televised</u>

<u>in-frame ASL interpretation at any and all briefings designed to reach residents of New York</u>; and it is further

ORDERED that security in the amount of $ _____ be posted by the Plaintiffs prior to _____ _____, _____, at _____ o'clock in the ____ noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the Defendant or his Counsel on or before _____ o'clock in the ____ noon, _____ _____, _____, shall be deemed good and sufficient service thereof.

DATED:   New York, New York

ISSUED: _____M

_____
United States District Judge