```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

DENNIS MARTINEZ, DOUGLAS NGUYEN, JAMES HALLENBECK, JILL WILDBERGER, and DISABILITY RIGHTS NEW YORK

        Plaintiffs,

-against-

ANDREW CUOMO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF NEW YORK STATE,

        Defendant.

-------------------------------------------------------------- X

20-CV-3338 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on May 5, 2020, a hearing on Plaintiffs' motion for a preliminary injunction was held with the parties in this case;

  IT IS HEREBY ORDERED THAT:

1. Plaintiffs may file a reply brief by May 8, 2020.

2. A referral to Magistrate Judge Parker for a settlement conference will be entered separately.

**SO ORDERED.**

**Date: May 5, 2020**
**New York, New York**

        _____
        **VALERIE CAPRONI**
        **United States District Judge**