USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DENNIS MARTINEZ, DOUGLAS NGUYEN, :
JAMES HALLENBECK, JILL :
WILDBERGER, and DISABILITY RIGHTS :
NEW YORK :
 : 20-CV-3338 (VEC)
                            Plaintiffs, :
 : ORDER
          -against- :
 :
 :
ANDREW CUOMO, IN HIS OFFICIAL :
CAPACITY AS GOVERNOR OF NEW YORK :
STATE, :
 :
                           Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 29, 2020, Plaintiffs filed a motion for a preliminary injunction (Dkt. 4);

      IT IS HEREBY ORDERED THAT: Plaintiffs' motion for a preliminary injunction is GRANTED. An opinion will follow. Defendant is directed to immediately implement in-frame ASL interpretation during his daily press briefings.

**SO ORDERED.**

Date: **May 11, 2020**
      **New York, New York**
                                         **VALERIE CAPRONI**
                                         **United States District Judge**