request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  June 1, 2020**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**